## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TIMOTHY DUGGER, § | |
|    Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:15-cv-01509 |
| § | |
| STEPHEN F. AUSTIN STATE § | |
| UNIVERSITY, § | |
|    Defendant. § | |

**ORDER GRANTING AGREED STIPULATION OF DISMISSAL FOR TIMOTHY DUGGER AND STEPHEN F. AUSTIN STATE UNIVERSITY**

Came to be considered the Agreed Stipulation of Dismissal for Plaintiff Timothy Dugger and Defendant Stephen F. Austin State University (the "Parties") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). After careful consideration of the Parties' motion, it is hereby **GRANTED**.

**ACCORDINGLY**, all claims and causes of action asserted by Plaintiff Timothy Dugger against Defendant Stephen F. Austin State University are **DISMISSED WITH PREJUDICE**.

All taxable court costs herein incurred by the parties shall be taxed against the party incurring same.

IT IS SO ORDERED.

SIGNED this 24th day of April, 2017.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE